UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────────

JUAN FELIZ,                                    22-cv-8635 (JGK)

        Petitioner,                         ORDER

    - against –

ALFRED MONTEFARI,

        Respondent.
─────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the petitioner's letter dated December 16, 2022 (ECF No. 19), which contains the petitioner's request to submit certain state administrative orders for the Court's consideration. The request to submit the administrative orders is **granted**. The petitioner may mail those administrative orders to the Pro Se Intake Unit for filing, and the Court will consider any such orders in evaluating the petition for a writ of habeas corpus. The respondent may address the import of the administrative orders in the response to the petition, which is due on February 6, 2023 (ECF Nos. 16, 18).

    The Clerk of Court is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

**Dated:    New York, New York
          December 29, 2022**                 \_\_\_\_/s/ John G. Koeltl\_\_\_\_\_
                                                      **John G. Koeltl
                                       United States District Judge**